**Dismiss and Opinion Filed January 15, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

<hr>

### No. 05-12-01546-CR

<hr>

### SIMEON KANTREL GRIFFIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

<hr>

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80639-2012**

<hr>

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Murphy
Opinion by Justice Bridges

Simeon Kantrel Griffin pleaded guilty to three counts of online solicitation of a minor, as alleged in one indictment. *See* TEX. PEN. CODE ANN. § 33.021(b), (c) (West 2011). Appellant also pleaded true to one enhancement paragraph. Pursuant to a plea agreement, the trial court assessed punishment at fifteen years' imprisonment on each count. Appellant waived his right to appeal in conjunction with the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified both that the case involves a plea bargain and appellant has no right to appeal and that appellant waived his right to appeal. *See Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

We dismiss the appeal for want of jurisdiction.

_____
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

121546F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SIMEON KANTREL GRIFFIN,
Appellant

No. 05-12-01546-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the 380th Judicial District
Court of Collin County, Texas (Trial Court
No. 380-80639-2012).
Opinion delivered by Justice Bridges,
Justices O'Neill and Murphy participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered January 15, 2013.

_____
DAVID L. BRIDGES
JUSTICE